UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLEN LYNN JEFFRIES,<br><br>   Petitioner,<br><br>vs.<br><br>A. HEDGPETH,<br><br>   Respondent. | )<br>)<br>) Case No. CV 08-6712 CAS (AJW)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: December 8, 2008

                /s/ Christina A. Snyder
                _____
                Christina A. Snyder
     +          United States District Judge